# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JS-6

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-08851-CJC (KSx) | Date | March 7, 2019 |
| Title | Juan Garibay v. Irina Yermilov et al | | |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation for Dismissal With Prejudice [23], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk    gga